IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:16-CR-00151-LMM-JFK |
| MICHAEL L. HENLEY, JR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [211], which recommends Defendant Henley's Perfected Motion to Suppress Statements [85, 88] be denied and orders that Defendant's Motion for a Bill of Particulars [156] be denied. No objections have been filed in response to the Magistrate's Report and Recommendation, notwithstanding this Court previously giving Defendant an extension. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant's Perfected Motion to Suppress Statements [85, 88] is **DENIED**.

The trial in this action is hereby set to begin on Monday, September 11, 2017 at 9:30 AM in Courtroom 2107. The pretrial conference will be held on Wednesday, September 6, 2017, at 2:00 PM in Courtroom 2107. By noon on

Wednesday, August 23, 2017, the parties are to file the following: motions *in limine* and proposed *voir dire* questions. By noon on Wednesday, August 23, 2017, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire.* By noon on Wednesday, August 30, 2017, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through September 11, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this 7th day of July, 2017.

_____
**Leigh Martin May**
**United States District Judge**